IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DAVID HANSON,

      Plaintiff,

v.

DANE COUNTY, DANE COUNTY
SHERIFF'S DEPARTMENT, DAWN BARGER,
TIM RICHTER and STEVE WITTMAN,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-058-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Dane County, Dane County Sheriff's Department, Dawn Barger, Tim Richter and Steve Wittman and this case is dismissed.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

3/6/09
Date